```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FD  12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARMADA (SINGAPORE) PTE. LTD.,

                Plaintiff,

- against -

NATIONAL NAVIGATION COMPANY,

                Defendant.
------------------------------------------------------------X

07 Civ. 6484 (RJS)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: November 13, 2007
       Southport, CT

                                  The Plaintiff,
                                  ARMADA (SINGAPORE) PTE. LTD.

                           By: _____
                                Nancy R. Peterson (NP 2871)
                                LENNON, MURPHY & LENNON, LLC
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                Phone (212) 490-6050
                                Fax (212) 490-6070
                                nrp@lenmur.com

SO ORDERED
Dated: _____
                                RICHARD J. SULLIVAN
                                U.S.D.J.
12/10/07